No. 62, Misc. DALTON, AKA AULTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Charles P. Just,* Deputy Attorney General, for respondent.

No. 65, Misc. SMITH ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioners. *William J. Scott,* Attorney General of Illinois, and *James R. Thompson, Joel M. Flaum,* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 67, Misc. HINTZ *v.* GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied. *Lee Johnson,* Attorney General of Oregon, and *David H. Blunt,* Assistant Attorney General, for respondent.

No. 75, Misc. IN RE FLETCHER. Ct. App. Md. Certiorari denied. *Norman Dorsen* for petitioner. *Francis B. Burch,* Attorney General, and *Edward F. Borgerding* and *John J. Garrity,* Assistant Attorneys General, for the State of Maryland.

No. 83, Misc. HAYWOOD *v.* UNITED STATES; and
No. 139, Misc. JESSUP *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederic A. Johnson* and *Rudolph Lion Zalowitz* for petitioner in No. 83, Misc. *Robert Kasanof* for petitioner in No. 139, Misc. *Solicitor General Griswold* for the United States in No. 83, Misc. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States in No. 139, Misc. Reported below: 409 F. 2d 888.